[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 09-13397
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 19, 2010
JOHN LEY
CLERK

D.C. Docket No. 08-00026-CR-CDL-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CEDRIC DEON WILLIAMS,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
for the Middle District of Georgia

_____

(March 19, 2010)

Before TJOFLAT, WILSON and HILL, Circuit Judges

PER CURIAM:

William J. Mason, appointed counsel for Cedric Williams in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Williams's conviction and sentence are **AFFIRMED**.